*In re* INTEREST OF JOSE LUIS GONZALES.

(No. 71-295;

Second District—July 27, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

E. Roger Horsky, Matthew J. Moran, and Frederick F. Cohn, all of Chicago, for appellant.

William J. Cowlin, State's Attorney, of Woodstock, (Regina F. Narusis, Assistant State's Attorney, of counsel,) for the People.